# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH ROSE SMITH,<br><br>        Plaintiff,<br><br>vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>        Defendant. | Case No. 1:19-cv-00571-SAB<br><br>ORDER RE STIPULATION FOR EXTENSION OF TIME TO FILE OPENING BRIEF<br><br>(ECF No. 12) |

Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that:

1. Plaintiff's opening brief shall be filed on or before December 30, 2019;

2. Defendant's response to the opening brief shall be filed on or before January 30, 2020; and

3. Plaintiff's reply, if any, shall be filed on or before February 14, 2020.

IT IS SO ORDERED.

Dated: **November 19, 2019**

UNITED STATES MAGISTRATE JUDGE