# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH ROSE SMITH,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　Defendant. | Case No. 1:19-cv-00571-SAB<br><br>ORDER RE STIPULATION FOR EXTENSION OF TIME TO FILE OPENING BRIEF<br><br>(ECF No. 12) |

　　　　Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that:

　　　　1.　　Plaintiff's opening brief shall be filed on or before December 30, 2019;

　　　　2.　　Defendant's response to the opening brief shall be filed on or before January 30, 2020; and

　　　　3.　　Plaintiff's reply, if any, shall be filed on or before February 14, 2020.

IT IS SO ORDERED.

Dated:　**November 19, 2019**

　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1