# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH ROSE SMITH,<br><br>        Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>        Defendant. | Case No. 1:19-cv-00571-SAB<br><br>ORDER REQUIRING PLAINTIFF TO FILE A PETITION FOR APPOINTMENT OF GUARDIAN AD LITEM<br><br>FOURTEEN DAY DEADLINE |

On May 1, 2019, a complaint was filed by Elizabeth Rose Smith ("Plaintiff") seeking review of a final decision of the Commissioner of Social Security. (ECF No. 1.) Upon review of the briefing in this action it is apparent that the plaintiff in this action is a minor. (See ECF No. 15 at 1.) ("On August 12, 2015, an application for supplemental security income was filed on behalf of Plaintiff, a minor child."); Id. at 2 ("Ms. Smith was an adolescent on the application date and the date of the judge's decision."); Id. at 5 ("Plaintiff was a thirteen-year-old girl at the time of her hearing. She celebrated her birthday just prior to her hearing. . . .")

The complaint filed in this action does not indicate that the plaintiff in this action is a minor or that this complaint is brought on her behalf by a competent representative. The administrative record shows that Plaintiff was born in 2005 and is approximately fifteen years old at this time. (AR 18.)

Rule 17 of the Federal Rules of Civil Procedure provides, that a suit by a minor may be

brought or defended by "(A) a general guardian; (B) a committee; (C) a conservator; or (D) a like fiduciary." Fed. R. Civ. P. 17(c)(1). A minor who does not have a duly appointed representative may sue by next friend or a guardian ad litem. Fed. R. Civ. P. 17(c)(2). Further, the Local Rules of the Eastern District of California state,

> Upon commencement of an action or upon initial appearance in defense of an action by or on behalf of a minor or incompetent person, the attorney representing the minor or incompetent person shall present (1) appropriate evidence of the appointment of a representative for the minor or incompetent person under state law or (2) a motion for the appointment of a guardian ad litem by the Court, or, (3) a showing satisfactory to the Court that no such appointment is necessary to ensure adequate representation of the minor or incompetent person. See Fed. R. Civ. P. 17(c).

L.R. 202(a).

Counsel is admonished for his failure to comply with the Federal Rules of Civil Procedure and the Local Rules of the Eastern District of California. The complaint in this action gave no indication that the plaintiff was a minor, no petition for the appointment of a guardian ad litem was filed, nor was any showing made that such appointment was not necessary. In the future, counsel should ensure that any complaint filed accurately represents the status of the individual on whose behalf an appeal is brought and shall comply with the Federal Rules and the Local Rules when filing appeals petitions on behalf of a minor.

This action is brought on behalf of a minor and there has been no petition for the appointment of a guardian ad litem filed. Accordingly, IT IS HEREBY ORDERED that within **fourteen (14) days** from the date of entry of this order, Plaintiff shall file evidence that the representative has been appointed under state law or a motion for appointment of a guardian ad litem that meets the requirements of Rule 202.

IT IS SO ORDERED.

Dated: __**February 28, 2020**__

_____
UNITED STATES MAGISTRATE JUDGE